MANDATE

1:23-cv-10097-LAP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: Aug 17 2026

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of July, two thousand twenty-six.

Before: Raymond J. Lohier, Jr.,
*Chief Judge*,
Amalya L. Kearse,
Michael H. Park,
*Circuit Judges*.

---

Emil Cangro,

Plaintiff - Appellant,

v.

New York City Department of Finance, and the City of New York,

Defendants - Appellees.

---

**JUDGMENT**

Docket No. 24-3004

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in part, and VACATED and REMANDED in part.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

[Seal: United States Court of Appeals, Second Circuit] Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
[Seal: United States Court of Appeals, Second Circuit] Catherine O'Hagan Wolfe

MANDATE ISSUED ON 08/14/2026